IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CV 42

| | |
|---|---|
| VIDA CODY, | ) |
| Plaintiff | ) |
| V | ) **ORDER** |
| SWAIN COUNTY, North Carolina, et al, | ) |
| Defendants | ) |

**THIS MATTER** is before the court on David Wijewickrama's Application for Admission to Practice *Pro Hac Vice* of Paul Chichester, IV. It appearing that Paul Chichester, IV is a member in good standing with the Georgia Bar and will be appearing with David Wijewickrama, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David Wijewickrama's Application for Admission to Practice *Pro Hac Vice* (#25) of Paul Chichester, IV is **GRANTED**, and that Paul Chichester, IV is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David Wijewickrama.

Signed: May 23, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge