UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CASE NO. 2:11-CV-42

| | | |
|---|---|---|
| VIDA CODY,<br><br>        Plaintiff,<br><br>  v.<br><br>SWAIN COUNTY, NORTH CAROLINA, KEVIN KING, in his official and individual capacity, PHILLIP CARSON, in his official and individual capacity, ROBERT WHITE, in his official and individual capacity, DAVID MONTEITH, in his official and individual capacity, STEVE MOON, in his official and individual capacity, and DONNIE DIXON, in his official and individual capacity,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANTS' EXHIBIT LIST** |

EXHIBIT A        DECLARATION OF SEAN PERRIN

EXHIBIT B        DECLARATION OF ELISE BRYSON