| | |
|---|---|
| VIDA CODY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| SWAIN COUNTY, NORTH | ) |
| CAROLINA, KEVIN KING, in his | ) |
| official and individual capacity, | ) |
| PHILLIP CARSON, in his official and | ) |
| individual capacity, ROBERT WHITE, | ) |
| in his official and individual capacity, | ) |
| DAVID MONTEITH, in his official | ) |
| and individual capacity, STEVE | ) |
| MOON, in his official and individual | ) |
| capacity, and DONNIE DIXON, in his | ) |
| official and individual capacity, | ) |
| | |
| Defendants. | |

Attachment 2 to Exhibit A: Excerpts of David Monteith's deposition, taken on

May 21, 2012

WINSTON #4411123-v1

# IN THE MATTER OF

# Cody

## VS

# Swain County, North Carolina, et al

Transcript of Deposition of

# David P. Monteith

Volume I
On May 21, 2012

*Reported by* Elizabeth R. Hollingsworth
*Certified Court Reporter*



**DONOVAN REPORTING & VIDEO CONFERENCING**
*Certified Court Reporters*
237 Roswell Street / Marietta, GA 30060
770.499.7499   800.547.1512
Book online at www.donovanreporting.com

A   Sometime or another, and I don't remember when. I honestly do not remember when.

Q   And as I understand it, as you sit here today under oath, you have no specific recollection of any issues that came up between January 25th, 2010, and December 6th when you voted to terminate Ms. Cody concerning her performance? You have no specific recollection of any issues; right?

A   Nothing other than if it was when I talked to Bowman, and I don't remember when I talked to him for sure. I just don't remember.

Q   All right. You don't know.

Now, let's look at this Exhibit 3 here that you have in front of you and specifically Section 9, "Progressive Steps of Discipline." Okay? Subsection (a), "Oral Warnings," you see that?

A   Uh-huh (affirmative).

Q   Now, you have no knowledge whatsoever of any oral warning that was ever given to Ms. Cody concerning her performance of her job duties?

A   I don't remember.

Q   Let's go to the next page, page 41,

Case 2:11-cv-00042-MR-DLH    Document 30-6    Filed 09/24/12    Page 3 of 5

DIRECT EXAMINATION

BY MR. PERRIN:

Q    What county positions does the board of county commissioners have the power to appoint and not reappoint in Swain County?

A    Probably I think there's -- I believe there's five positions; the finance officer, the county manager, the tax assessor, attorney, and -- what does that leave?  What did I tell you?

Q    The clerk?  Would the clerk be the last one?

A    The clerk to the board, yes, would be the other one.  I understand they work for the pleasure of the board.

Q    And would you consider those five positions to be positions which need to carry out the directives of the board?

A    True, yes, sir.

Q    Did Mr. King ever tell you, Mr. Monteith, that Vida Cody was campaigning for John Ensley ever?

A    After the election.  After the election, yes.  But not nothing during the election or anything.  Several, several days

Case 2:11-cv-00042-MR-DLH     Document 30-6     Filed 09/24/12     Page 4 of 5

afterwards.  I don't remember when exactly.

Q     Would it have been after her nonrenewal, which would have been December 6th, 2010, or before her nonrenewal?

A     Probably in between the election and nonrenewal.

Q     And what specifically did Mr. King tell you, if you recall?

A     That he had seen her out there passing out literature.

Q     Did that comment play any role in your decision to not reappoint her as finance officer?

A     None whatsoever.

MR. BUCKLEY:  Objection to the form of the question.

A     None whatsoever.  I've already made that statement, none.

Q     You told Mr. Buckley that Ms. Cody had, and I think the word you used is a very important, important is the word you used, job as finance director.

A     Right.

Q     What did you mean by that?

A     Writing checks, getting bills paid for the people of Swain County, meeting with the

Case 2:11-cv-00042-MR-DLH   Document 30-6   Filed 09/24/12   Page 5 of 5