**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11-cv-42**


| | |
|---|---|
| **VIDA CODY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **SWAIN COUNTY, NORTH CAROLINA,** | ) |
| **KEVIN KING, in his official and** | ) |
| **individual capacity, PHILLIP CARSON,** | ) |
| **in his official and individual capacity,** | ) |
| **ROBERT WHITE, in his official and** | ) |
| **individual capacity, DAVID MONTEITH,** | ) |
| **in his official and individual capacity,** | ) |
| **STEVE MOON, in his official and** | ) |
| **individual capacity, and DONNIE DIXON,** | ) |
| **in his official and individual capacity,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |


**AMENDED
PRETRIAL ORDER
AND CASE MANAGEMENT PLAN**

Of the Court's own motion, the Court amends the previously entered Pretrial

Order and Case Management Plan (#15) to provide that the trial in this matter shall

be held on the 1st session on or after January 28, 2013.

The Deadlines at a Glance are amended as follows:

**DEADLINES AT A GLANCE**

| | |
|---|---|
| **Rule 26 Disclosures:** | **December 28, 2011** |
| **Selection of Mediator:** | **January 18, 2012** |
| **Discovery Completion:** | **August 1, 2012** |
| **Expert Reports:** | **March 1, 2012 (plaintiff)** |
| | **April 1, 2012 (defendants)** |
| **Mediation:** | **August 15, 2012** |
| **Motions:** | **September 1, 2012** |
| **Trial:** | **1st session on or after January 28, 2013** |

and the provisions of the previous Pretrial Order and Case Management Plan (#15) are further amended to provide:

VI.

A.     TRIAL DATE: Trial is scheduled to commence **WITH a jury** during the first civil trial term beginning on or after **JANUARY 28, 2013.**  The Court will endeavor to set the date of the term of court in which this case will tried at least eight months in advance.  The term "Trial Date" has been used throughout this Order to refer to the first day of the term in which this case is ultimately set for trial, that also being the date on which jury selection is scheduled to begin for this case.

Signed: October 19, 2012

Dennis L. Howell
United States Magistrate Judge