UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CASE NO. 2:11-CV-42

| | | |
|---|---|---|
| VIDA CODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SWAIN COUNTY, NORTH CAROLINA, | ) | |
| KEVIN KING, in his official and individual | ) | **STIPULATION OF DISMISSAL** |
| capacity, PHILLIP CARSON, in his official | ) | |
| and individual capacity, ROBERT WHITE, in | ) | |
| his official and individual capacity, DAVID | ) | |
| MONTEITH, in his official and individual | ) | |
| capacity, STEVE MOON, in his official and | ) | |
| individual capacity, and DONNIE DIXON, in | ) | |
| his official and individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby file a Stipulation of

Dismissal of this case with prejudice.  Each side shall bear their own costs and

fees.

Dated: November 26, 2012.

s/Sean F. Perrin
North Carolina Bar Number 22253
WOMBLE, CARLYLE, SANDRIDGE AND
RICE, LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6025
704-331-4992
704-338-7814 (fax)
sperrin@wcsr.com
*Attorney for Defendants*

s/David Wijewickrama
95 Depot Street
Post Office Drawer 1260
Waynesville, NC 28786
davidwije17@yahoo.com

s/Edward D. Buckley
Buckley & Klein, LLP
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
edbuckley@buckleyklein.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that I have this day served the party in this action with a copy of the foregoing **STIPULATION OF DISMISSAL** by CM/ECF which will send notification to:

David Wijewickrama
95 Depot Street
Post Office Drawer 1260
Waynesville, NC 28786
davidwije17@yahoo.com

Edward D. Buckley
Dena G. George
Buckley & Klein, LLP
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
edbuckley@buckleyklein.com
dggeorge@buckleyklein.com

Dated: November 26, 2012.

s/Sean F. Perrin